

FILED BY _____ D.C.

05 OCT 28 PM 3:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

BOBBY PARCHMAN,
EXECUTOR OF THE ESTATE
OF DORIS PARCHMAN, DECEASED,

    Plaintiff,

Vs.                                                                 No. 05-2613 D V

HARRINGTON BENEFIT SERVICES, INC.,
ISPAT INLAND, INC.,
INLAND STEEL COMPANY,
RIPLEY HEALTHCARE AND REHABILITATION
CENTER, AND STATE OF TENNESSEE,
BUREAU OF TENNCARE ESTATE RECOVERY UNIT,

    Defendants.

### SCHEDULING ORDER

    Pursuant to written notice, a scheduling conference was held November 3, 2005. Participating were J. Thomas Caldwell, counsel for Plaintiff, and Jessica A. Neal, David P. Jaqua and Ramsey B. Leathers, Jr., counsel for defendants. At the conference, the following dates were established as the final dates for:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

INITIAL DISCLOSURES PURSUANT to Fed.R.Civ.P. 26(a) (1):
14 days after the 26(f) conference. If not made before the Rule 16(b) conference, then 14 days after the Rule 16(b) conference

JOINING PARTIES:         January 2, 2006

AMENDING PLEADINGS:   January 2, 2006

INITIAL MOTIONS TO DISMISS:  Feb. 1, 2006

COMPLETING ALL DISCOVERY:  May 1, 2006

    (a) DOCUMENT PRODUCTION: May 1, 2006

    (b) DEPOSITIONS, INTERROGATORIES and
        REQUESTS FOR ADMISSIONS:       May 1, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE
            26 EXPERT INFORMATION:       March 1, 2006

        (2) DISCLOSURE OF DEFENDANT'S RULE
            26 EXPERT INFORMATION:       April 1, 2006

        (3) EXPERT WITNESS DEPOSITIONS:    May 1, 2006

FILING DISPOSITIVE MOTIONS:                     June 1, 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30

days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This case is set for non-jury trial, and the trial is expected to last one day. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*[signature]*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: October 28, 2005

We Consent:

*[signature]*

J. THOMAS CALDWELL
Attorney for Plaintiff
114 Jefferson Street
Ripley, Tennessee 38063
(731) 635-9162
B.P.R. #007496

*[signature]*

DAVID P. JAQUA (B.P.R. #005340)
JESSICA A. NEAL (B.P.R. #023328)
Counsel for Defendants, Ispat Inland, Inc.,
Inland Steel Company and Harrington
Benefit Services, Inc.
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
(901) 680-7343

4

*Ramsey Leathers* / per permission David P. J[s]

RAMSEY B. LEATHERS, JR.
Assistant General Counsel
State of Tennessee, Bureau of TennCare
310 Great Circle Road, 3 West
Nashville, Tennessee 37243
(615) 507-6851
B.P.R. #6676

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02613 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lawrence L. Summers
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, IL 60601

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

J. Thomas Caldwell
114 Jefferson Street
Ripley, TN 38063

Honorable Bernice Donald
US DISTRICT COURT